UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00448

———

**Carlos Herrera,**
*Plaintiff,*

v.

**Veronica B. Lilly et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a Texas Department of Criminal Justice prisoner proceeding pro se and in forma pauperis, filed this lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge. The magistrate judge observed that the 115-page complaint failed to satisfy the requirement under Federal Rule of Civil Procedure 8 to provide a "short and plain statement of the claim." Doc. 3. Accordingly, the magistrate judge ordered plaintiff to file an amended complaint of no more than 30 pages within thirty days of receipt of the order. *Id.* at 4. Plaintiff acknowledged receipt of that order and requested an extension, which was granted. Docs. 5, 6. However, plaintiff never filed an amended complaint. Thus, the magistrate judge issued a report recommending that the complaint be dismissed for plaintiff's failure to comply with a court order. Doc. 7 at 2. Plaintiff objected to the report. Doc. 8.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the

- 1 -

magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994). When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

The magistrate judge recommended dismissal because plaintiff failed to comply with the order to file an amended complaint. Plaintiff's objections do not dispute that he failed to comply. Nor does plaintiff provide a sufficient justification for his failure. Although plaintiff asserts that he needs more time "to address the court," plaintiff has already allowed four and a half months to pass without filing an amended complaint on a form provided by the court. Doc. 8 at 1. Thus, the objections do not establish that the magistrate judge's findings or conclusions were erroneous.

Having reviewed the report and being satisfied that there is no error, the court accepts the magistrate judge's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on April 23, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -